IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| MOORE OR LESH, LLC, | ) | |
| Plaintiff, | ) | No. 8:09 CV 1344 DKC |
| v. | ) | |
| MACY'S, INC., | ) | STIPULATED DISMISSAL OF ACTION, WITH PREJUDICE |
| Defendant. | ) | |

Pursuant to the terms of a confidential settlement agreement between the parties, Plaintiff/Counterclaim Defendant Moore or Lesh, LLC and Defendant/Counterclaim Plaintiff Macy's, Inc., through counsel, hereby stipulate that this action, including but not limited to counterclaims, be dismissed, with prejudice, with each party bearing its own attorneys' fees and costs.

MACY'S, INC.

By: _____
Catherine A. Bledsoe (11376)
GORDON, FEINBLATT, ROTHMAN
  HOFFBERGER & HOLLANDER, LLC
233 East Redwood Street
Baltimore, MD 21202
Tel (410) 576-4095
Fax (410) 576-4269
Email cbledsoe@gfrlaw.com
Attorneys for Defendant

MOORE OR LESH, LLC

By: _____
Jeffrey R. Cohen (13869)
MILLEN, WHITE, ZELANO
  & BRANIGAN, P.C.
8416 Westmont Terrace
Bethesda, MD 20817
Tel (301) 598-2948
Fax (703) 243-6410
Email cohen@mwzb.com
Attorneys for Plaintiff

*IT IS SO ORDERED.*

Dated: _____, 2009

_____
United States District Court Judge

445134.1

EXHIBIT A

EAST\42640150.7